UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VESTA LTD.,                                    :    08 Civ. 5434 (LAP)
                                               :
            Plaintiff,              :
                                               :    ECF CASE
   - against -                                :
                                               :
ADVENS S.A.,                                   :
                                               :
            Defendant.              :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

## ORDER TO UNSEAL CASE

This Court ordered on June 16, 2008, pursuant to Plaintiff's motion that this case be sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
       June 29, 2008

SO ORDERED

*Loretta A. Preska*
Hon. Loretta A. Preska
United States District Judge