UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

VESTA LTD.
Plaintiff,

-v-

XYZ
Defendant.

-----------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 CV 5434 LAP AJP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[✓] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated JULY 3, 2008

SO ORDERED:

*Loretta A. Preska*

United States District Judge