UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/7/08

------------------------------------------------x

VESTA LTD.,

           Plaintiff,

      -against-

ADVENS S.A.,

           Defendant.

------------------------------------------------x

08 Civ. 5434 (LAP) (AJP)

ORDER

**ANDREW J. PECK, United States Magistrate Judge:**

This case has been referred to me by Judge Preska for general pretrial purposes.

The parties are advised to provide my chambers with a courtesy copy of all papers hereafter filed with the Court in this matter.

As soon as defendant has responded to the complaint or counsel for defendant has appeared, whichever first occurs, the parties shall call my secretary (at 212-805-0036) to schedule the Initial Pretrial Conference.

Plaintiff is to serve this Order on defendant or defendant's counsel.

The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

SO ORDERED.

DATED:    New York, New York
              July 7, 2008

                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:    Coleen Ann McEvoy, Esq.
                                 Judge Loretta A. Preska

C:\ORD\Referral Notice