CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VESTA LTD.,                                                :
                                                           :
                                                           :
                          Plaintiff,                       :   08-CV-5434
                                                           :
                 v.                                        :   **NOTICE OF**
                                                           :   **APPEARANCE**
ADVENS S.A.,                                               :
                                                           :
                                                           :
                          Defendants.                      :
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       July 7, 2008

                                         CLARK, ATCHESON & REISERT
                                         Attorneys for Garnishee
                                         Societe Generale New York Branch

                                  By:    _____
                                         Richard J. Reisert (RR-7118)
                                         7800 River Road
                                         North Bergen, NJ 07047
                                         Tel: (201) 537-1200
                                         Fax: (201) 537-1201
                                         Email: reisert@navlaw.com